1  VINCENT J. TIEN, SBN 232828
   LAW OFFICES OF VINCENT J. TIEN
2  17291 Irvine Boulevard, Suite 152
   Tustin, California 92780
3  Telephone: (714) 544-8436
   Facsimile: (714) 544-8435
4

5  Attorneys for Plaintiff ALICE SHARPLESS

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ALICE SHARPLESS, an individual,        CASE NO.: SACV12-2132 DOC (JPRx)

12                  *Plaintiff,*           **PROTECTIVE ORDER RE:**
                                           **CONFIDENTIAL DOCUMENTS**
13          -vs-

14

15  COUNTY OF ORANGE, a public
    entity; ORANGE COUNTY
16  PROBATION DEPARTMENT, a
    public entity; STEPHEN CRAFT, an
17  individual; and DOES 1 THROUGH
    20, inclusive,
18
                  *Defendants.*
19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
VINCENT J. TIEN                           1
TUSTIN, CALIFORNIA
_____
ORDER ON STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS

## **PROPOSED ORDER**

Based on the Stipulation served and filed herewith:

IT IS HEREBY ORDERED that the Stipulation for a Protective Order Regarding Confidential Documents is hereby GRANTED.

DATED: March 10, 2014__    _____
                            Honorable Jean P. Rosenbluth
                            United States Magistrate Judge