1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA

10

11 | ALICE SHARPLESS,

12 |             Plaintiff,

13

14 |      vs.

15

16 | COUNTY OF ORANGE, a public
entity; ORANGE COUNTY
PROBATION DEPARTMENT, a
17 | public entity; STEPHEN CRAFT, an
individual; and DOES 1 through 20,
18 | inclusive,

19 |             Defendant.

20

CASE NO. SACV12-2132DOC(JPRx)

*Assigned for All Purposes to:*
*Hon. David O. Carter – Crtrm. 9D*

**JUDGMENT**

*Trial Date:     August 8, 2014*

*Complaint filed: December 11, 2012*

21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT**

1      This action came on regularly for trial on August 8, 2014 in Courtroom  9D of

2  the United States District Court, Central District of California located at 411 Fourth

3  Street, Santa Ana, California, the Honorable David O. Carter, presiding.  Plaintiff

4  Alice Sharpless ("Plaintiff") appeared by attorney Vincent Tien.  Defendants

5  County of Orange, Orange County Probation Department and Stephen Craft

6  ("Defendants") appeared by attorneys S. Frank Harrell, Shannon L. Gustafson and

7  Tina Sapounakis.  A jury of eight persons was regularly impaneled and sworn.

8      After hearing all of the evidence, the Court duly instructed the jury and the

9  cause was submitted to the jury.  On August 18, 2014, the jury returned into Court

10  with a unanimous Special Verdict in favor of Defendants.

11      NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as

12  follows:

13      Defendants County of Orange, Orange County Probation Department and

14  Stephen Craft have Judgment in their favor and that Alice Sharpless takes nothing

15  by way of her operative complaint against these Defendants.

16      That Defendants recovers from Plaintiff, their costs of suit in accordance with

17  applicable law; and that this matter be, and hereby is, dismissed as to Defendants

18  County of Orange, Orange County Probation Department and Stephen Craft with

19  prejudice.

20

21      **IT IS SO ORDERED.**

22

23  DATE: September 29, 2014          _____

24                                            HON. DAVID O. CARTER

25

26

27

28

---

**1**

**JUDGMENT**